**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00342 |
| | § | |
| DAWN DVORAK | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/07/2014. The undersigned trustee was appointed on 01/07/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                               $9,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $143.66 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $8,856.34 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/25/2014 and the deadline for filing government claims was 07/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,650.00, for a total compensation of $1,650.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $8.02, for total expenses of $8.02.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015                    By:   /s/ David P. Leibowitz
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1
Exhibit A

| Case No.: | 14-00342-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DVORAK, DAWN | Date Filed (f) or Converted (c): | 01/07/2014 (f) |
| For the Period Ending: | 5/26/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 06/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  9231 South 52nd Avenue, Oaklawn, IL 60453 single family residence | $120,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash on Hand | $314.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account Chase Bank | $200.00 | $0.00 | | $0.00 | FA |
| 4  Misc. household goods and furnishings | $1,600.00 | $0.00 | | $0.00 | FA |
| 5  Misc. wearing apparel | $1,400.00 | $0.00 | | $0.00 | FA |
| 6  401 K retirement plan | $15,000.00 | $0.00 | | $0.00 | FA |
| 7  2003 Toyota Camry 200,000 miles | $1,600.00 | $0.00 | | $0.00 | FA |
| 8  Adversary case 14--00203 Leibowitz v. Dvorak (u) | $0.00 | $20,350.00 | | $9,000.00 | FA |

**Asset Notes:** Transfer fo 2014 Toyota Camry

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $140,114.00 | $20,350.00 | | | $9,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 02/26/2015 | Review Claims and Prepare TFR |
| 10/27/2014 | Objection to Claim No. 12 filed; Hearing 11/26/14 |
| 10/22/2014 | Possible objection to claim no. 12 |
| 06/17/2014 | Settled $9,000.00 upon receipt need 9019 motion. |
| 05/17/2014 | Complaint to turnover filed; deadline to object to exemptions and discharge granted. Sent email to Thomas Hitchcock for appraisal and proposed offer to settle. |
| 03/20/2014 | Complaint for Turnover prepared and sent to Linda to review |

**Initial Projected Date Of Final Report (TFR):** 12/31/2015  
**Current Projected Date Of Final Report (TFR):** 05/20/2015

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1

Case 14-00342  Doc 36  Filed 06/16/15  Entered 06/16/15 13:58:28  Desc Main
Document      Page 4 of 12

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No. | 14-00342-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DVORAK, DAWN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0163 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/7/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/26/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2014 | (8) | Dawn Dvorak | Settlement RE: Adversary complaint | 1241-000 | $9,000.00 | | $9,000.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.34 | $8,997.66 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.51 | $8,983.15 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.96 | $8,968.19 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.53 | $8,954.66 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.38 | $8,939.28 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.02 | $8,926.26 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.40 | $8,911.86 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.84 | $8,897.02 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.96 | $8,884.06 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.87 | $8,870.19 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.85 | $8,856.34 |
| | | | TOTALS: | | $9,000.00 | $143.66 | $8,856.34 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $9,000.00 | $143.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $9,000.00 | $143.66 | |

**For the period of 1/7/2014 to 5/26/2015**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $143.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $143.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2014 to 5/26/2015**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $143.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $143.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2
Exhibit B
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 14-00342   Doc 36   Filed 06/16/15   Entered 06/16/15 13:58:28   Desc Main
Document   Page 5 of 12

| Case No. | 14-00342-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | DVORAK, DAWN | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0163 | | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/7/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/26/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,000.00 | $143.66 | $8,856.34 |

**For the period of 1/7/2014 to 5/26/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $143.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $143.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/07/2014 to 5/26/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $143.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $143.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 14-00342-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DVORAK, DAWN | | | | | | | | Date: 5/26/2015 |
| Claims Bar Date: | 06/25/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 |
| | LAKELAW  420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,395.00 | $0.00 | $0.00 | $0.00 | $2,395.00 |
| | LAKELAW  420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $36.06 | $0.00 | $0.00 | $0.00 | $36.06 |
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $8.02 | $0.00 | $0.00 | $0.00 | $8.02 |
| 1 | ATLAS ACQUISITIONS LLC (CITIBANK SOUTH DAKOTA, N. 294 Union St. Hackensack NJ 07601 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,707.47 | $0.00 | $0.00 | $0.00 | $7,707.47 |
| 2 | ATLAS ACQUISITIONS LLC (WELLS FARGO CREDIT CARD) 294 Union St. Hackensack NJ 07601 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,586.74 | $0.00 | $0.00 | $0.00 | $11,586.74 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR  TD Bank, USA PO Box 248866 Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,460.12 | $0.00 | $0.00 | $0.00 | $11,460.12 |
| 4 | DISCOVER BANK  DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,839.47 | $0.00 | $0.00 | $0.00 | $2,839.47 |

CLAIM ANALYSIS REPORT                                   Page No: 2
                                                        Exhibit C

| Case No.: | 14-00342-JSB | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | DVORAK, DAWN | | | | | | | | Date: 5/26/2015 |
| Claims Bar Date: | 06/25/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR <br><br> Midland Funding LLC PO Box 268941 Oklahoma City OK 73126-8941 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,590.85 | $0.00 | $0.00 | $0.00 | $1,590.85 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR <br><br> Midland Funding LLC PO Box 268941 Oklahoma City OK 73126-8941 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,336.92 | $0.00 | $0.00 | $0.00 | $1,336.92 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR <br><br> Midland Funding LLC PO Box 268941 Oklahoma City OK 73126-8941 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,089.05 | $0.00 | $0.00 | $0.00 | $1,089.05 |
| 8 | CAVALRY SPV I, LLC <br><br> 500 Summit Lake Drive, Ste 400 Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $785.74 | $0.00 | $0.00 | $0.00 | $785.74 |

**Claim Notes:**   (8-1) Cavalry SPV I, LLC as assignee of FIA Card Services, NA

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $994.37 | $0.00 | $0.00 | $0.00 | $994.37 |
| 10 | CAPITAL ONE, N.A. <br><br> c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,290.09 | $0.00 | $0.00 | $0.00 | $1,290.09 |

**Claim Notes:**   (10-1) CREDIT CARD DEBT

| Case No. | 14-00342-JSB | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | DVORAK, DAWN | | | | | | | | Date: | 5/26/2015 |
| Claims Bar Date: | 06/25/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>successor to GE CAPITAL RETAIL BANK (LOW<br>PRA Receivables Management, LLC, agent.<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,648.30 | $0.00 | $0.00 | $0.00 | $1,648.30 |

**Claim Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT C/O DEVAL LLC<br><br>1255 Corporate Drive, Suite 300<br>Irving TX 75038 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |

**Claim Notes:**   Adversary Filed 14-00342 3/24/14 - Fee Deferred

| | | | | | $46,711.20 | $0.00 | $0.00 | $0.00 | $46,711.20 |

**CLAIM ANALYSIS REPORT**

Page No: 4
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-00342-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** | DVORAK, DAWN | **Date:** 5/26/2015 |
| **Claims Bar Date:** | 06/25/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $36.06 | $36.06 | $0.00 | $0.00 | $0.00 | $36.06 |
| Attorney for Trustee Fees (Trustee Firm) | $2,395.00 | $2,395.00 | $0.00 | $0.00 | $0.00 | $2,395.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| Payments to Unsecured Credit Card Holders | $42,329.12 | $42,329.12 | $0.00 | $0.00 | $0.00 | $42,329.12 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $44,249.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 |
| Trustee Expenses | $8.02 | $8.02 | $0.00 | $0.00 | $0.00 | $8.02 |

Case 14-00342 Doc 36 Filed 06/16/15 Entered 06/16/15 13:58:28 Desc Main
Document Page 9 of 12

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 14-00342
Case Name: DAWN DVORAK
Trustee Name: David P. Leibowitz

Balance on hand: $8,856.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $8,856.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David P. Leibowitz, Trustee Fees | $1,650.00 | $0.00 | $1,650.00 |
| David P. Leibowitz, Trustee Expenses | $8.02 | $0.00 | $8.02 |
| Lakelaw, Attorney for Trustee Fees | $2,395.00 | $0.00 | $2,395.00 |
| Lakelaw, Attorney for Trustee Expenses | $36.06 | $0.00 | $36.06 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: $4,382.08
Remaining balance: $4,474.26

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,474.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,474.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,329.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (Citibank South Dakota, N. | $7,707.47 | $0.00 | $814.70 |
| 2 | Atlas Acquisitions LLC  (WELLS FARGO CREDIT CARD) | $11,586.74 | $0.00 | $1,224.74 |
| 3 | American InfoSource LP as agent for | $11,460.12 | $0.00 | $1,211.35 |
| 4 | Discover Bank | $2,839.47 | $0.00 | $300.14 |
| 5 | American InfoSource LP as agent for | $1,590.85 | $0.00 | $168.16 |
| 6 | American InfoSource LP as agent for | $1,336.92 | $0.00 | $141.31 |
| 7 | American InfoSource LP as agent for | $1,089.05 | $0.00 | $115.11 |
| 8 | Cavalry SPV I, LLC | $785.74 | $0.00 | $83.05 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | $994.37 | $0.00 | $105.11 |
| 10 | Capital One, N.A. | $1,290.09 | $0.00 | $136.36 |
| 11 | Portfolio Recovery Associates, LLC | $1,648.30 | $0.00 | $174.23 |

|  | Total to be paid to timely general unsecured claims: | $4,474.26 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**