**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-00342
  §
DAWN DVORAK §
  §
  §
  §
   Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 07/14/2015, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/16/2015      By: /s/ David P. Leibowitz
                                                                                                                                                             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00342 |
| | § | |
| DAWN DVORAK | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $9,000.00
*and approved disbursements of*      $143.66
*leaving a balance on hand of*[1] :      $8,856.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $8,856.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,650.00 | $0.00 | $1,650.00 |
| David P. Leibowitz, Trustee Expenses | $8.02 | $0.00 | $8.02 |
| Lakelaw, Attorney for Trustee Fees | $2,395.00 | $0.00 | $2,395.00 |
| Lakelaw, Attorney for Trustee Expenses | $36.06 | $0.00 | $36.06 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses:      $4,382.08
Remaining balance:      $4,474.26

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,474.26 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,474.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,329.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (Citibank South Dakota, N. | $7,707.47 | $0.00 | $814.70 |
| 2 | Atlas Acquisitions LLC  (WELLS FARGO CREDIT CARD) | $11,586.74 | $0.00 | $1,224.74 |
| 3 | American InfoSource LP as agent for | $11,460.12 | $0.00 | $1,211.35 |
| 4 | Discover Bank | $2,839.47 | $0.00 | $300.14 |
| 5 | American InfoSource LP as agent for | $1,590.85 | $0.00 | $168.16 |
| 6 | American InfoSource LP as agent for | $1,336.92 | $0.00 | $141.31 |
| 7 | American InfoSource LP as agent for | $1,089.05 | $0.00 | $115.11 |
| 8 | Cavalry SPV I, LLC | $785.74 | $0.00 | $83.05 |
| 9 | Bureaus Investment Group Portfolio | $994.37 | $0.00 | $105.11 |

UST Form 101-7-NFR (10/1/2010)

|    |                                  |           |       |         |
|----|----------------------------------|-----------|-------|---------|
|    | No 15 LLC                        |           |       |         |
| 10 | Capital One, N.A.                | $1,290.09 | $0.00 | $136.36 |
| 11 | Portfolio Recovery Associates, LLC | $1,648.30 | $0.00 | $174.23 |

Total to be paid to timely general unsecured claims:  $4,474.26
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00


Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-00342-JSB
Dawn Dvorak                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 2                Date Rcvd: Jun 17, 2015
                              Form ID: pdf006             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2015.
```
db            +Dawn Dvorak,    9231 South 52nd Avenue,    Oak Lawn, IL 60453-1743
aty           +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
21391222     ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
              (address filed with court: Aspire/cb&t,     9 Mutec Dr,   Columbus, GA 31907)
21714109      +Atlas Acquisitions LLC (Citibank South Dakota, N.,    294 Union St.,
               Hackensack, NJ 07601-4303
21714110      +Atlas Acquisitions LLC  (WELLS FARGO CREDIT CARD),    294 Union St.,   Hackensack, NJ 07601-4303
21391223     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Po Box 982235,   El Paso, TX 79998)
21391227      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
21958440       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21391228      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21391229      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21391230      +Comenity Bank/New York & Company,    Attention: Bankruptcy,    Po Box 182686,
               Columbus, OH 43218-2686
21391232      +Firstplace,    999 E Main St.,   Ravenna, OH 44266-3325
21391233      +Friedman Anselmo Lindberg LLC,    1771 West Diehl Road,    Suite 150 PO Box 3228,
               Naperville, IL 60563-1828
21391238       Loancare Servicing Ctr,    Interstate Corporate Center,    Norfolk, VA 23502
22756209      +OCWEN LOAN SERVICING, LLC,    c/o Codilis and Associates, P.C.,
               15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
21391240      +Ocwen Loan Servicing L,    3451 Hammond Avenue,   Waterloo, IA 50702-5345
21391242     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541)
21391241      +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
               Chicago, IL 60601-6207
21391243      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,   Mason, OH 45040-8053
21391244      +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
21391245      +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
21391246      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
21391248      +Think Federal Cred Uni,    5200 Members Pkwy Nw,    Rochester, MN 55901-8381
22308842      +U.S. Department of Housing,    & Urban Development c/o Deval LLC.,    1255 Corporate Drive,
               Suite 300,   Irving, TX 75038-2585
21391249      +Wells Fargo Card Ser,    1 Home Campus,   3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21714574       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2015 01:27:04
               American InfoSource LP as agent for,    TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK 73124-8866
21733811       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2015 01:14:49
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
21463922      +E-mail/Text: bnc@atlasacq.com Jun 18 2015 01:15:37     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
21886212       E-mail/PDF: rmscedi@recoverycorp.com Jun 18 2015 01:14:55
               Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21391224      +E-mail/Text: ebn@squaretwofinancial.com Jun 18 2015 01:17:03     Cach Llc/Square Two Financial,
               Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
21391225      +E-mail/Text: bankruptcy@cavps.com Jun 18 2015 01:16:49     Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
21804584      +E-mail/Text: bankruptcy@cavps.com Jun 18 2015 01:16:49     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
21720938       E-mail/PDF: mrdiscen@discover.com Jun 18 2015 01:27:06     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21391231       E-mail/PDF: mrdiscen@discover.com Jun 18 2015 01:27:06     Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
21391234      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2015 01:14:27     Gecrb/Dillards Dc,
               Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
21391235      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2015 01:14:02     Gecrb/Lowes,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
21391236      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2015 01:14:03     Gemb/walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
21391237      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 18 2015 01:15:41     Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21391239      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2015 01:16:20     Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
                                                                                              TOTAL: 14
```

```
District/off: 0752-1           User: pseamann              Page 2 of 2                   Date Rcvd: Jun 17, 2015
                               Form ID: pdf006             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21391226          Cap1/carsn
22089476*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery Associates, LLC,
                    successor to GE CAPITAL RETAIL BANK (LOW,    PRA Receivables Management, LLC, agent.,
                   POB 41067,    Norfolk VA 23541)
21391247         ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
                                                                                               TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David P Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Maria  Georgopoulos    on behalf of Creditor   Ocwen Loan Servicing, LLC nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor   Ocwen Loan Servicing, LLC ND-Two@il.cslegal.com
              Thomas R Hitchcock    on behalf of Debtor Dawn  Dvorak tom@tomhitchcock.com,
               support@tomhitchcock.com
                                                                                               TOTAL: 7
```