**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00342 |
| | § | |
| DAWN DVORAK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $120,000.00 | Assets Exempt: | $20,114.00 |
| Total Distributions to Claimants: | $4,474.26 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $4,525.74 | | |

3) Total gross receipts of $9,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $145,441.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,525.74 | $4,525.74 | $4,525.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $54,893.00 | $86,578.34 | $42,329.12 | $4,474.26 |
| **Total Disbursements** | $200,334.00 | $91,104.08 | $46,854.86 | $9,000.00 |

4). This case was originally filed under chapter 7 on 01/07/2014. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2015          By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Adversary case 14--00203 Leibowitz v. Dvorak | 1241-000 | $9,000.00 |
| **TOTAL GROSS RECEIPTS** | | $9,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing L | 4110-000 | $145,441.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $145,441.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,650.00 | $1,650.00 | $1,650.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $8.02 | $8.02 | $8.02 |
| Green Bank | 2600-000 | NA | $143.66 | $143.66 | $143.66 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,395.00 | $2,395.00 | $2,395.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $36.06 | $36.06 | $36.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,525.74 | $4,525.74 | $4,525.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank South Dakota, N. | 7100-900 | $7,707.00 | $7,707.47 | $7,707.47 | $814.70 |
| 2 | Atlas Acquisitions LLC (WELLS FARGO CREDIT CARD) | 7100-900 | $11,586.00 | $11,586.74 | $11,586.74 | $1,224.74 |
| 3 | American InfoSource LP as agent for | 7100-900 | $11,460.00 | $11,460.12 | $11,460.12 | $1,211.35 |
| 4 | Discover Bank | 7100-900 | $2,839.00 | $2,839.47 | $2,839.47 | $300.14 |
| 5 | American InfoSource LP as agent for | 7100-900 | $1,591.00 | $1,590.85 | $1,590.85 | $168.16 |
| 6 | American InfoSource LP as agent for | 7100-900 | $1,337.00 | $1,336.92 | $1,336.92 | $141.31 |
| 7 | American InfoSource LP as agent for | 7100-900 | $0.00 | $1,089.05 | $1,089.05 | $115.11 |
| 8 | Cavalry SPV I, LLC | 7100-900 | $786.00 | $785.74 | $785.74 | $83.05 |
| 9 | Bureaus Investment Group Portfolio No 15 LLC | 7100-900 | $855.00 | $994.37 | $994.37 | $105.11 |
| 10 | Capital One, N.A. | 7100-900 | $1,290.00 | $1,290.09 | $1,290.09 | $136.36 |
| 11 | Portfolio Recovery Associates, LLC | 7100-900 | $1,648.00 | $1,648.30 | $1,648.30 | $174.23 |
| 12 | U.S. Department of Housing and Urban Development c/o Deval LLC | 7200-000 | $0.00 | $44,249.22 | $0.00 | $0.00 |
| | Aspire/cb&t | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cach Llc/Square Two Financial | 7100-000 | $7,707.00 | $0.00 | $0.00 | $0.00 |
| | Capital 1 Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $2,386.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/New York & Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Firstplace | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Firstplace | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Friedman Anselmo Lindberg LLC | 7100-000 | $1,650.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Dillards Dc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/Dillards Dc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Lowes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gemb/walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Loancare Servicing Ctr | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $1,079.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rnb-fields3/Macy's | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rnb-fields3/Macy's | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target Credit Card (TC) | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Bureaus Inc. | 7100-000 | $972.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Think Federal Cred Uni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $54,893.00 | $86,578.34 | $42,329.12 | $4,474.26 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-00342-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DVORAK, DAWN | Date Filed (f) or Converted (c): | 01/07/2014 (f) |
| For the Period Ending: | 9/21/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 06/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 9231 South 52nd Avenue, Oaklawn, IL 60453 single family residence | $120,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $314.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account Chase Bank | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. household goods and furnishings | $1,600.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. wearing apparel | $1,400.00 | $0.00 | | $0.00 | FA |
| 6 | 401 K retirement plan | $15,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2003 Toyota Camry 200,000 miles | $1,600.00 | $0.00 | | $0.00 | FA |
| 8 | Adversary case 14--00203 Leibowitz v. Dvorak (u) | $0.00 | $20,350.00 | | $9,000.00 | FA |

**Asset Notes:** Transfer fo 2014 Toyota Camry

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $140,114.00 | $20,350.00 | | $9,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 06/30/2015 | Notice of Motion and Application for Compensation with Coversheet for David P Leibowitz ESQ, Trustee's Attorney, Fee: $2395.00, Expenses: $36.06. Filed by Trustee David P Leibowitz ESQHearing scheduled for 7/14/2015 |
| 05/20/2015 | TFR submitted to UST 5/20/15 |
| 02/26/2015 | Review Claims and Prepare TFR |
| 10/27/2014 | Objection to Claim No. 12 filed; Hearing 11/26/14 |
| 10/22/2014 | Possible objection to claim no. 12 |
| 06/17/2014 | Settled $9,000.00 upon receipt need 9019 motion. |
| 05/17/2014 | Complaint to turnover filed; deadline to object to exemptions and discharge granted. Sent email to Thomas Hitchcock for appraisal and proposed offer to settle. |
| 03/20/2014 | Complaint for Turnover prepared and sent to Linda to review |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/20/2015 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 14-00342-JSB | | Trustee Name: | David Leibowitz |
| Case Name: | DVORAK, DAWN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0163 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2014 | (8) | Dawn Dvorak | Settlement RE: Adversary complaint | 1241-000 | $9,000.00 | | $9,000.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.34 | $8,997.66 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.51 | $8,983.15 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.96 | $8,968.19 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.53 | $8,954.66 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.38 | $8,939.28 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.02 | $8,926.26 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.40 | $8,911.86 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.84 | $8,897.02 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.96 | $8,884.06 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.87 | $8,870.19 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.85 | $8,856.34 |
| 07/15/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: 13; Amount Claimed: 293.00; Amount Allowed: 293.00; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $8,563.34 |
| 07/15/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,650.00 | $6,913.34 |
| 07/15/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $8.02 | $6,905.32 |
| 07/15/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 36.06; Amount Allowed: 36.06; Distribution Dividend: 100.00; | 3120-000 | | $36.06 | $6,869.26 |
| 07/15/2015 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 2,395.00; Amount Allowed: 2,395.00; Distribution Dividend: 100.00; | 3110-000 | | $2,395.00 | $4,474.26 |
| 07/15/2015 | 3006 | Atlas Acquisitions LLC (Citibank South Dakota, N. | Claim #: 1; Amount Claimed: 7,707.47; Amount Allowed: 7,707.47; Distribution Dividend: 10.57; | 7100-900 | | $814.70 | $3,659.56 |
| 07/15/2015 | 3007 | Atlas Acquisitions LLC (WELLS FARGO CREDIT | Claim #: 2; Amount Claimed: 11,586.74; Amount Allowed: 11,586.74; Distribution Dividend: 10.57; | 7100-900 | | $1,224.74 | $2,434.82 |
| 07/15/2015 | 3008 | American InfoSource LP as agent for | Claim #: 3; Amount Claimed: 11,460.12; Amount Allowed: 11,460.12; Distribution Dividend: 10.57; | 7100-900 | | $1,211.35 | $1,223.47 |
| 07/15/2015 | 3009 | Discover Bank | Claim #: 4; Amount Claimed: 2,839.47; Amount Allowed: 2,839.47; Distribution Dividend: 10.57; | 7100-900 | | $300.14 | $923.33 |
| 07/15/2015 | 3010 | American InfoSource LP as agent for | Claim #: 5; Amount Claimed: 1,590.85; Amount Allowed: 1,590.85; Distribution Dividend: 10.57; | 7100-900 | | $168.16 | $755.17 |
| 07/15/2015 | 3011 | American InfoSource LP as agent for | Claim #: 6; Amount Claimed: 1,336.92; Amount Allowed: 1,336.92; Distribution Dividend: 10.57; | 7100-900 | | $141.31 | $613.86 |
| 07/15/2015 | 3012 | American InfoSource LP as agent for | Claim #: 7; Amount Claimed: 1,089.05; Amount Allowed: 1,089.05; Distribution Dividend: 10.57; | 7100-900 | | $115.11 | $498.75 |

**SUBTOTALS** $9,000.00 $8,501.25

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 14-00342-JSB | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | DVORAK, DAWN | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0163 | | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/7/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/21/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/15/2015 | 3013 | Cavalry SPV I, LLC | Claim #: 8; Amount Claimed: 785.74; Amount Allowed: 785.74; Distribution Dividend: 10.57; | 7100-900 | | $83.05 | $415.70 |
| 07/15/2015 | 3014 | Bureaus Investment Group Portfolio No 15 LLC | Claim #: 9; Amount Claimed: 994.37; Amount Allowed: 994.37; Distribution Dividend: 10.57; | 7100-900 | | $105.11 | $310.59 |
| 07/15/2015 | 3015 | Capital One, N.A. | Claim #: 10; Amount Claimed: 1,290.09; Amount Allowed: 1,290.09; Distribution Dividend: 10.57; | 7100-900 | | $136.36 | $174.23 |
| 07/15/2015 | 3016 | Portfolio Recovery Associates, LLC | Claim #: 11; Amount Claimed: 1,648.30; Amount Allowed: 1,648.30; Distribution Dividend: 10.57; | 7100-900 | | $174.23 | $0.00 |
| | | | **TOTALS:** | | $9,000.00 | $9,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,000.00 | $9,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,000.00 | $9,000.00 | |

| **For the period of 1/7/2014 to 9/21/2015** | | **For the entire history of the account between 06/25/2014 to 9/21/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $9,000.00 | Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 | Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,000.00 | Total Compensable Disbursements: | $9,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,000.00 | Total Comp/Non Comp Disbursements: | $9,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-00342-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DVORAK, DAWN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0163 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/7/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,000.00 | $9,000.00 | $0.00 |

| For the period of 1/7/2014 to 9/21/2015 | | For the entire history of the case between 01/07/2014 to 9/21/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,000.00 | Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 | Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,000.00 | Total Compensable Disbursements: | $9,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,000.00 | Total Comp/Non Comp Disbursements: | $9,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ